CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Isabel Rose Masanque, Esq., SBN 292673
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff
Scott Johnson

Phuc D. Do
Law Office of Phuc Dinh Do
181 S. King Road
San Jose, CA 95116
Telephone: 408-254-9991
Facsimile: 408-305-9158
lawofficesofphucdinhdo@gmail.com

Attorneys for Defendants
Thanh Cong Investments LLC;
Amanuel Keleta

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Thanh Cong Investments LLC; Amanuel Keleta;  and Does 1-10,** <br><br> Defendants | Case No.: 5:20-cv-06858-BLF <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: September 9, 2022          CENTER FOR DISABILITY ACCESS

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorneys for Plaintiff

Dated: September 9, 2022          Law Office of Phuc Dinh Do

By: */s/ Phuc D. Do*
Phuc D. Do
Attorneys for Defendants

**SIGNATURE CERTIFICATION**

1  I hereby certify that the content of this document is acceptable to Phuc D Do, counsel
2  for Thanh Cong Investments LLC AND Amanuel Keletarespectively, and that I have
3  obtained Attorney Do's authorization to affix their electronic signature to this
4  document.

Dated: September 9, 2022             CENTER FOR DISABILITY ACCESS

                                     By:   /s/ Isabel Rose Masanque
                                           Isabel Rose Masanque
                                           Attorneys for Plaintiff